# UNITED STATES COURT OF APPEALS
# FIFTH CIRCUIT

_____

No. 95-10841

(Summary Calendar)
_____


RANDY HAMNER,

                    Plaintiff-Appellant,

versus

SHIRLEY S CHATER, COMMISSIONER OF
SOCIAL SECURITY,

                    Defendant-Appellee.


_____

Appeal from the United States District Court
For the Northern District of Texas
7:94-CV-112-X
_____

June 6, 1996

Before HIGGINBOTHAM, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Randy Hamner appeals the district court's decision affirming the Commissioner of Social Security's denial of his claims for disability insurance and supplemental security income. Hamner contends that he is entitled to relief on grounds that the Commissioner should have utilized a vocational expert's testimony in order to make her determination of whether he was disabled.

_____

[*]        Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Hamner also contends that the Commissioner erred by not properly evaluating his allegations of pain and by not making specific credibility findings relative to his testimony. We AFFIRM, substantially for the reasons stated in the district court's memorandum opinion, *Hamner v. Shalala,* No. 7:94-CV-112-X (N.D. Tex. Aug. 1, 1995).